# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| KENNETH J. KONIAS, JR., | : No. 34 WAP 2019 |
| | : |
| Appellant | : Appeal from the Order of the |
| | : Commonwealth Court entered July |
| | : 2, 2019 at No. 21 MD 2019. |
| v. | : |
| | : |
| | : |
| DEPARTMENT OF CORRECTIONS, JOHN | : |
| E. WETZEL, SECRETARY, ALLEGHENY | : |
| COUNTY CLERK OF COURTS CASE | : |
| MANAGER MICHAEL MCGEEVER, | : |
| | : |
| Appellees | : |

## ORDER


**PER CURIAM**

    **AND NOW,** this 26th day of March, 2020, the Order of the Commonwealth Court is

**AFFIRMED**.